CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
C'ville
JAN 2 6 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PAMELA DOTSON,<br><br>*Plaintiff,*<br><br>v.<br><br>LERLA GEORGETTE JOSEPH, M.D.,<br>ET AL.,<br><br>*Defendants.* | CIVIL ACTION NO. 3:04-CV-10099<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is currently before the Court on Defendants' Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED

as follows:

1. The Magistrate Judge's Report and Recommendation, filed on December 8, 2005, shall be, and it hereby is, ADOPTED AS MODIFIED by the accompanying Memorandum Opinion.

2. Defendants' Motion for Summary Judgment is hereby GRANTED, IN PART, as to Defendant Lora Carver, and all claims against her in the above-captioned action shall be, and they hereby are, DISMISSED and STRICKEN from the active docket of the COURT; and DENIED, IN PART, as to Defendants Lerla Georgette Joseph and Prison Health Services, Inc.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: /s/ Norman K. Moon
United States District Judge

Date: January 26, 2006